## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>  v.  <u>  KENT MILO KAISER  </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                CASE NO.  <u>  4:06-CR-00029-RRB  </u>

<u>  CAROLYN BOLLMAN  </u>

<u>PROCEEDINGS: **CLERK'S NOTICE**                         DATE: July 22, 2008</u>

    At the direction of Chief Judge Sedwick the above referenced case is hereby reassigned to Magistrate Judge **Deborah M. Smith** for further proceedings.  Please use the following case number on all further pleadings: 4:06-cr-00029-RRB-DMS.

[ ]{CLERKNOT.WPD*Rev.12/97}