NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: stephen.cooper@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KENT MILO KAISER,<br><br>　　　　　Defendant. | Case No. 4:06-cr-00029-RRB-TWH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO QUASH ARREST WARRANT, ISSUE SUMMONS AND SET ARRAIGNMENT** |

　　　COMES NOW Plaintiff, the United States of America, and moves the Court to quash the outstanding arrest warrant and issue a summons on the Indictment herein, for the reason that defendant has voluntarily traveled from New Zealand to Fairbanks and has contacted this office to come before the Court to answer the charges herein.

　　　Defendant is to be processed by the United States Marshal on these charges today, and requests an early arraignment and determination of conditions of release.

The United States joins in that request, and seeks an early setting of the arraignment, preferably today or tomorrow if convenient to the Court.

This motion is filed on shortened time in that it requires immediate determination due to the fact that defendant has now voluntarily made himself available to the Court and the warrant is still outstanding. Defendant does not oppose this motion.

DATED this 22nd day of July, 2008.

        NELSON P. COHEN
        United States Attorney

        /s/ STEPHEN COOPER
        Assistant United States Attorney
        Federal Building & U.S. Courthouse
        101 12th Avenue, Room 310
        Fairbanks, Alaska  99701
        Phone: (907) 456-0245
        Fax: (907) 456-0577
        Email: stephen.cooper@usdoj.gov

**CERTIFICATE**
I certify that a true and correct copy of the foregoing
was hand-delivered this date to the following:

Kent Milo Kaiser, at Fairbanks, Alaska

 /s/ Stephen Cooper
Office of the United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENT MILO KAISER,<br><br>    Defendant. | ) Case No. 4:06-cr-00029-RRB-TWH<br>)<br>)<br>)<br>) **ORDER QUASHING ARREST**<br>) **WARRANT, ISSUING**<br>) **SUMMONS AND SETTING**<br>) **ARRAIGNMENT**<br>)<br>) |

IT IS ORDERED. The arrest warrant is hereby QUASHED.

This matter is set for arraignment on _____, 2008, at _____m. o'clock.

Summons to the defendant shall issue.

DATE:_____    _____
                                                    United States Magistrate Judge