```
          UNITED STATES
          DISTRICT COURT
          District of Alaska
          FAIRBANKS Division

         # 40101881 - CB
           July 22, 2008

  Code    Case #    Qty    Amount

  604700-R                 10,000.00 CA


  TOTAL->            10,000.00



  FROM: KENT MILO KAISER
        406-CR-29 RRB-DMS
        APPEARANCE BOND
```