MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>KENT MILO KAISER</u>    CASE NO. <u>4:06-CR-00029 RRB-DMS</u>
Defendant: <u>X</u> Present <u>X</u> On Summons

BEFORE THE HONORABLE: <u>DEBORAH M. SMITH/VIA VIDEO FROM ANCHORAGE</u>

DEPUTY CLERK/RECORDER: <u>LYNN GROVES-KELLEY: FAIRBANKS</u>
<u>ALEXIS GUTIERREZ: ANCHORAGE</u>

UNITED STATES' ATTORNEY: <u>STEPHEN COOPER</u>

DEFENDANT'S ATTORNEY: <u>PRO SE</u>

U.S.P.O.: <u>MARCI LUNDGREN</u>

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT    HELD: 07/22/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:33 p.m. court convened.

<u>X</u> Defendant advised of general rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> PLEA(S): Not Guilty to count(s) <u>COUNTS 1-9 OF THE INDICTMENT</u>

<u>X</u> Bond set at <u>$10,000.00</u>; Appearance Bond **FILED.**

<u>X</u> Order Setting Conditions of Release **FILED.**

<u>X</u> Pretrial motions due <u>08/11/2008</u>; Order for the Progression of
a Criminal Case with Trial Date **FILED.**

<u>X</u> Counsel advised of trial date: <u>**09/02/2008 AT 8:30 A.M.** in</u>
<u>Fairbanks, Courtroom 1 before Ralph R. Beistline</u>

<u>X</u> OTHER: <u>Final Pretrial Conference set for **08/28/2008 at 9:00**</u>
<u>**a.m.** in Fairbanks, Courtroom 1 before Ralph R. Beistline. Court</u>
<u>**ORDERED** defendant to surrender passport today. Court **ORDERED**</u>
<u>warrant for arrest be **QUASHED.**</u>

At 4:02 p.m. court adjourned.

DATE: <u>07/22/2008</u>    DEPUTY CLERK'S INITIALS: <u>LGK</u>

Revised 6-18-07