NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00029-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DEFENDANT'S** |
| | ) | **INTENT TO CHANGE PLEA** |
| v. | ) | |
| | ) | |
| KENT MILO KAISER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff, the United States of America, and notifies the Court that defendant today signified to plaintiff his intent to change his pleas, in accordance with the following terms agreed upon this date between the parties:

1. Defendant will plead guilty to a Superseding Information charging the misdemeanor version of the pending charges on the grizzly bear, the deer and the moose hunts, and admit the facts establishing these misdemeanor charges.

2. Defendant will be sentenced to probation for 5 years on all standard conditions, and further conditions that include:

   a. defendant to pay a total fine of $25,000 for all counts concurrent, and a mandatory special assessment of $25 per count;

   b. defendant not to hunt, or being with anyone who is hunting, anywhere in the United States for 5 years;

   c. defendant to remain in the United States during probation, but this condition may be waived no sooner than one (1) year from entry of judgment if the fine is paid in full and all other conditions of probation are complied with; whereupon for the remainder of the 5-year term, anytime defendant is outside the United States he would be only on administrative probation and would not be required to comply with probationary terms, but he would revert to ordinary supervised probation under the applicable terms any time he is within the United States;

   d. defendant to tell government agents the whole truth about (including present location of) the other 3 bears he killed in Alaska, and abandon them to the United States and assist the United States in acquiring possession of them (with no further consequences to defendant for the hunting or taking of the bears or revealing the facts regarding them);

      e. defendant to forfeit (abandon to the United States) the deer the United States seized.

3. No term of imprisonment or confinement will be imposed as part of the sentence, but could be imposed upon any established violation of probation.

DATED this 24th day of July, 2008, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: stephen.cooper@usdoj.gov
Alaska #6911028

CERTIFICATE OF SERVICE
I certify that a true and correct copy of the foregoing Notice of Defendant's Intent to Change Plea is being served by hand-delivery to the following on July 25, 2008:

Kent Milo Kaiser

/s/ Stephen Cooper
STEPHEN COOPER