Name: KENT KAISER

Address: 1130 MAYFLOWER RD NILES, MI 49120

Telephone: 269-683-7892
269-271-0046

RECEIVED
JUL 25 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KENT MILO KAISER,

Defendant(s).

Case No. 4:06-CR-00029-RRB

NOTICE OF CHANGE OF ADDRESS

I, KENT KAISER, proceeding without a lawyer, move to/for CHANGE OF ADDRESS FOR BOND for the following reason(s): MOVING TO MICHIGAN, NEW ADDRESS IS KENT KAISER 1130 MAYFLOWER RD NILES MI 49120

DATED: 7/25/08, at Fairbanks, Alaska.

_____
Signature