NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENT MILO KAISER,<br><br>    Defendant. | Case No. 4:06-cr-00029-RRB<br><br>COUNTS 1-3:<br>INTERSTATE TRANSPORTATION OF UNLAWFULLY TAKEN OR POSSESSED WILDLIFE<br> Vio. 16 U.S.C. §§ 3372(a)(2)(A) & 3373(d)(2), and 18 U.S.C. § 2 |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

On or about the 10th day of September, 2001, in the District of Alaska and elsewhere, KENT MILO KAISER did unlawfully and knowingly transport and aid and abet the transport in interstate commerce of wildlife, that is, parts of a Grizzly Bear, which the defendant in the exercise of due care should have known were taken, possessed and transported in violation of the laws of the State of Alaska, all in violation of Title 16, United States Code, § 3372(a)(2)(A) and § 3373(d)(2), and Title 18, United States Code, § 2.

COUNT 2

On or about the 21st day of November, 2003, in the District of Alaska and elsewhere, KENT MILO KAISER did unlawfully and knowingly transport in interstate commerce wildlife, that is, parts of three Sitka Blacktail Deer, which the defendant in the exercise of due care should have known were taken, possessed and transported in violation of the laws of the State of Alaska, all in violation of Title 16, United States Code, § 3372(a)(2)(A) and § 3373(d)(2).

COUNT 3

On or about the 8th day of September, 2004, in the District of Alaska and elsewhere, KENT MILO KAISER did unlawfully and knowingly transport and aid and abet the transport in interstate commerce of wildlife, that is, parts of a Moose, which the defendant in the exercise of due care should have known were taken, possessed and

transported in violation of the laws of the State of Alaska, all in violation of Title 16, United States Code, § 3372(a)(2)(A) and § 3373(d)(2), and Title 18, United States Code, § 2.


NELSON P. COHEN
United States Attorney


s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: stephen.cooper@usdoj.gov
Alaska #6911028


DATED:  7/25/2008