NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: stephen.cooper@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00029-RRB-TWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNOPPOSED MOTION TO** |
| | ) | **DISMISS INDICTMENT ONLY,** |
| KENT MILO KAISER, | ) | **WITHOUT PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    COMES NOW Plaintiff, the United States of America, and moves the Court to dismiss only the Indictment herein, without prejudice, on the ground that pursuant to the parties' plea agreement defendant has pleaded guilty to the charges in the Superseding Information arising out of the same subject matter.

    This is not a dismissal of the case, only of the Indictment. The Information continues in force, and the case is set for sentencing on October 10 pursuant to the guilty pleas on record.

This dismissal should be without prejudice, in that final judgment pursuant to the parties' agreed disposition has not yet been entered.

The defendant's position is not opposed to this Dismissal, in that dismissal is intended by the plea agreement which contemplates that no further prosecution is to proceed on the Indictment if judgment is entered as agreed.

DATED this 25th day of July, 2008, at Fairbanks, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>/s/ STEPHEN COOPER
>Assistant United States Attorney
>Federal Building & U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, Alaska  99701
>Phone: (907) 456-0245
>Fax: (907) 456-0577
>Email: stephen.cooper@usdoj.gov

**CERTIFICATE**
I certify that a true and correct copy of the foregoing
Motion and Order was served this date on the following:

Kent M. Kaiser
1130 Mayflower Road
Niles, Michigan 49120

 /s/ Stephen Cooper
Office of the United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00029-RRB-TWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER DISMISSING** |
| | ) | **INDICTMENT ONLY,** |
| KENT MILO KAISER, | ) | **WITHOUT PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED. The Indictment only is hereby dismissed without prejudice.

DATE:_____    _____
                                             The Hon. Ralph R. Beistline
                                             United States District Judge