```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  KENT MILO KAISER      CASE NO. 4:06-CR-00029 RRB-DMS
Defendant: X  Present   X On Summons

BEFORE THE HONORABLE:       RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:      LYNN GROVES-KELLEY

UNITED STATES' ATTORNEY:    STEPHEN COOPER

DEFENDANT'S ATTORNEY:       PRO SE

U.S.P.O.:                   MARCI LUNDGREN

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING    HELD: 07/25/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:53 a.m. court convened.

 X Copy of Superseding Information given to defendant.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant stated true name: Kent Milo Kaiser

 X Defendant changed plea(s) to guilty on count(s) 1-3 of the Superseding Information

 X Court accepted plea(s). Referred to P.O. for Presentence Report.

 X Imposition of Sentence set for 10/10/2008 at 10:30 a.m.

 X OTHER: Conditions of release previously imposed remain in effect except that Court granted a lift on condition restricting travel. Defendant's oral motion to attend the Imposition of Sentence telephonically: **GRANTED**.

At 10:26 a.m. court adjourned.


DATE: July 25, 2008      DEPUTY CLERK'S INITIALS:    LGK

Revised 6-18-07