**U.S. Department of Justice**

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701

Commercial: (907) 456-0245
Fax Number: (907) 456-0577

July 24, 2008

Kent Milo Kaiser
Salcha, Alaska

RE: U. S. v. Kent Milo Kaiser, Case No. 4:06-cr-29-RRB, USDC, District of Alaska.

Dear Mr. Kaiser:

  Following our discussions yesterday and today, the United States offers to settle this case on the following terms:

  1. You would plead guilty to the misdemeanor version of the pending charges on the grizzly bear, the deer and the moose hunts, under the standard form of plea agreement which includes admitting the facts establishing these misdemeanor charges.

  2. Probation for 5 years on all standard conditions, and further conditions that include:

    a. pay a total fine of $25,000 for all counts concurrent, and a mandatory special assessment of $25 per count;
    b. no hunting, or being with anyone who is hunting, anywhere in the United States for 5 years;
    c. remain in the United States during probation, but this condition may be waived no sooner than one (1) year from entry of judgment if the fine is paid in full and all other conditions of probation are complied with; whereupon for the remainder of the 5-year term, anytime you are outside the United States you would be only on administrative probation and would not be required to comply with probationary terms, but you would revert to ordinary supervised probation under the applicable terms any time you are within the United States;
    d. tell the whole truth about (including present location of) the other 3 bears you killed in Alaska, and abandon them to the United States and assist the United States in acquiring possession of them (with no further consequences to you for the hunting or taking of the bears or revealing the facts regarding them);
    e. forfeit (abandon to the United States) the deer the United States seized.

  3. No jail or confinement to be imposed as part of the sentence, but could be imposed upon any established violation of probation.

  If you agree to these terms, please signify agreement by countersigning this letter and

returning it to this office, no later than 3:00 o'clock p.m. Alaska time, Friday, July 25, 2008. At that time, if this offer has not been accepted, it expires and will not thereafter be renewed, nor will the case be settled thereafter on the same or more favorable terms.

Yours Truly,

NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney



I agree to the terms as set forth above in this letter.

_____
Kent Milo Kaiser

Date: 7/24/08