IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00029-RRB-TWH |
| Plaintiff, | ) | |
| vs. | ) | **ORDER DISMISSING INDICTMENT ONLY, WITHOUT PREJUDICE** |
| KENT MILO KAISER, | ) | |
| Defendant. | ) | |

IT IS SO ORDERED.

The Indictment only is hereby dismissed without prejudice.

DATE: 8/5/08

The Hon. Ralph R. Beistline
United States District Judge